# ENERGEN

| EMPLOYEE NAME | ID# | CHECK # | DATE PAID | PERIOD ENDED |
|---|---|---|---|---|
| Mr Michael Strickland | 5395 | 10184026 | 10/30/2009 | 10/25/2009 |

| TAX TYPE | FILING STATUS | EXEMPTIONS | ADDITIONAL W/H |
|---|---|---|---|
| Federal | Married | 00 | 0.00 |
| AL | Single | 00 | 0.00 |

| LEAVE BALANCES | UNUSED HOURS |
|---|---|
| Current Paid Leave | 92.00 Hours |
| Extended Illness | 396.50 Hours |

| EARNINGS | HOURS | CURRENT | YEAR TO DATE |
|---|---|---|---|
| Salary Autopaid | 56.00 | 1,492.44 | 39,961.82 |
| Ins and Ben Bank | | 45.21 | 901.12 |
| Overtime 1.5 | | | 729.45 |
| Holiday | | | 1,677.28 |
| Current Paid Leave | 24.00 | 639.60 | 4,726.20 |
| SICP | | | 3,845.35 |
| Total Current Earn | 80.00 | 2,177.25 | 51,841.22 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| FICA OASDI | 121.42 | 2,942.77 |
| FICA HI | 28.40 | 688.23 |
| Alabama W/H | 74.90 | 1,805.08 |
| Federal W/H | 166.97 | 4,897.86 |
| ESP Loan 1 | | 2,276.16 |
| * ESP Loan 2 | 100.00 | 2,200.00 |
| Credit Union BH | 184.00 | 3,680.00 |
| *** Medical Sal | 19.50 | 390.00 |
| *** Dental Sal | 10.92 | 218.40 |
| *** Vision Sal | 4.78 | 94.23 |
| 401K Contrib | 127.92 | 2,825.69 |
| AD&D Optional | 17.88 | 347.82 |
| Option Life | 2.81 | 54.60 |
| Dependent Life | | |
| Alimony/Support | 202.50 | 4,050.00 |
| Total Deductions | 1,062.00 | 27,031.63 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | 1,115.25 | 24,809.59 |

* EXCLUDED FROM FEDERAL TAXABLE WAGES

| | | |
|---|---|---|
| NON-CASH TAXABLE | | |
| EE GTLI Taxable | 0.28 | 5.56 |

## PAYMENT DISTRIBUTION

| Payment Method | Amount |
|---|---|
| Check | 1,115.25 |

MESSAGES:

Case 10-70549-CMS13    Doc 6    Filed 03/11/10    Entered 03/11/10 11:31:18    Desc Main
Document    Page 1 of 1